B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of North Carolina

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Leon Sugars, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-1194868** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 Person St**<br>**Fayetteville, NC**                           ZIP Code **28301** | Street Address of Joint Debtor (No. and Street, City, and State):                           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cumberland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                           ZIP Code | Mailing Address of Joint Debtor (if different from street address):                           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **110 Person St**<br>**Fayetteville, NC 28301** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Leon Sugars, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)            Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Leon Sugars, Inc.** |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Ocie F. Murray, Jr.**
Signature of Attorney for Debtor(s)

**Ocie F. Murray, Jr. 3186**
Printed Name of Attorney for Debtor(s)

**Murray, Craven & Inman, L.L.P.**
Firm Name

**2517 Raeford Road**
**P.O. Drawer 53007**
**Fayetteville, NC 28305-3007**
Address

**910-483-4990  Fax: 910-483-6822**
Telephone Number

**December 10, 2010**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Neal Matthews**
Signature of Authorized Individual

**Neal Matthews**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 10, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Leon Sugars, Inc.**          Case No.
                             Debtor(s)         Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BB&T**<br>**Attn: Managing Agent**<br>**PO Box 819**<br>**Wilson, NC 27894** | **BB&T**<br>**Attn: Managing Agent**<br>**PO Box 819**<br>**Wilson, NC 27894** | | | **850,000.00**<br><br>**(0.00 secured)** |
| **Canali S.P.A.**<br>**DB Lockbox Processing**<br>**PO Box 13266**<br>**Newark, NJ 07101** | **Canali S.P.A.**<br>**DB Lockbox Processing**<br>**PO Box 13266**<br>**Newark, NJ 07101** | | | **75,187.78** |
| **Capital One Bank**<br>**PO Box 70884**<br>**Charlotte, NC 28272** | **Capital One Bank**<br>**PO Box 70884**<br>**Charlotte, NC 28272** | | | **7,786.88** |
| **Coppley Apparel Group Limited**<br>**PO Box 64487**<br>**Baltimore, MD 21264** | **Coppley Apparel Group Limited**<br>**PO Box 64487**<br>**Baltimore, MD 21264** | | | **9,942.25** |
| **Devanlay US, Inc./ Lacoste**<br>**Genergal Post Office Box 27237**<br>**New York, NY 10087** | **Devanlay US, Inc./ Lacoste**<br>**Genergal Post Office Box 27237**<br>**New York, NY 10087** | | | **24,991.39** |
| **Dolcepunta SRL**<br>**Luciano Moresco & Co, Ltd.**<br>**739 Ladd Road**<br>**Riverdale, NY 10471** | **Dolcepunta SRL**<br>**Luciano Moresco & Co, Ltd.**<br>**739 Ladd Road**<br>**Riverdale, NY 10471** | | | **7,101.00** |
| **Eton Systems**<br>**4000 McGinnis Ferry Rd**<br>**Alpharetta, GA 30005** | **Eton Systems**<br>**4000 McGinnis Ferry Rd**<br>**Alpharetta, GA 30005** | **09CVD2503** | | **7,764.00** |
| **Ferragamo USA, Inc.**<br>**PO Box 842416**<br>**Dallas, TX 75284** | **Ferragamo USA, Inc.**<br>**PO Box 842416**<br>**Dallas, TX 75284** | | | **61,370.05**<br><br>**(0.00 secured)** |
| **First Bank**<br>**PO Box 926**<br>**Troy, NC 27371-0926** | **First Bank**<br>**PO Box 926**<br>**Troy, NC 27371-0926** | | | **150,000.00**<br><br>**(0.00 secured)** |
| **Fritz Hitl**<br>**Lock Box account #200 00 1575554**<br>**PO Box 863377**<br>**Orlando, FL 32808** | **Fritz Hitl**<br>**Lock Box account #200 00 1575554**<br>**PO Box 863377**<br>**Orlando, FL 32808** | | | **8,199.80** |

B4 (Official Form 4) (12/07) - Cont.

In re **Leon Sugars, Inc.** Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gimos Italiana SPA<br>Cia Monte Bianco 1<br>35018 S. Martino<br>DI Lupari, Italy | Gimos Italiana SPA<br>Cia Monte Bianco 1<br>35018 S. Martino<br>DI Lupari, Italy | | | 18,649.00 |
| Gitman Brothers<br>c/o IAG Financial, Inc<br>PO Box 1409<br>Brentwood, TN 37024 | Gitman Brothers<br>c/o IAG Financial, Inc<br>PO Box 1409<br>Brentwood, TN 37024 | | | 15,634.78 |
| Hart Schaffner Marx<br>3249 Paysphere circle<br>Chicago, IL 60674 | Hart Schaffner Marx<br>3249 Paysphere circle<br>Chicago, IL 60674 | | | 32,120.51 |
| JZ Richards<br>1880 S Flatiron Court<br>Boulder, CO 80301 | JZ Richards<br>1880 S Flatiron Court<br>Boulder, CO 80301 | | | 10,601.70 |
| Knitcraft Corporation<br>4020 West Sixth Street<br>Winona, MN 55987 | Knitcraft Corporation<br>4020 West Sixth Street<br>Winona, MN 55987 | | | 122,811.28<br><br>(0.00 secured) |
| Milberg Factors Inc<br>c/o Alan Kapson<br>PO box 1439<br>Melville, NY 11747 | Milberg Factors Inc<br>c/o Alan Kapson<br>PO box 1439<br>Melville, NY 11747 | | | 6,284.34 |
| Remy Leather<br>CIT Group Commerical Services<br>PO Box 1036<br>Charlotte, NC 28201 | Remy Leather<br>CIT Group Commerical Services<br>PO Box 1036<br>Charlotte, NC 28201 | | | 17,185.64 |
| Schuyler 4 LTD<br>32 East 57th Street<br>New York, NY 10022 | Schuyler 4 LTD<br>32 East 57th Street<br>New York, NY 10022 | 10CVD000036 | | 8,188.71 |
| T Lipson & Sons LTD<br>Coface Collections<br>PO Box 8471<br>Metairie, LA 70011 | T Lipson & Sons LTD<br>Coface Collections<br>PO Box 8471<br>Metairie, LA 70011 | | | 9,955.05 |
| Zanella<br>c/o Debra S. Harpe<br>PO Box 2212<br>Wilmington, NC 28402 | Zanella<br>c/o Debra S. Harpe<br>PO Box 2212<br>Wilmington, NC 28402 | 09CVD2951 | | 18,644.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Leon Sugars, Inc.**  Case No. _____
　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 10, 2010**　　　　　Signature  **/s/ Neal Matthews**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Neal Matthews**
　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| AG Adjustments LTD<br>PO Box 9090<br>Melville, NY 11747 | Coppley Apparel Group Limited<br>PO Box 64487<br>Baltimore, MD 21264 | Employment Security Commission<br>of North Carolina<br>PO Box 25903<br>Raleigh, NC 27611-5903 |
| Attn: Carrie Davenport<br>Smith Debnam<br>PO Box 26268<br>Raleigh, NC 27611 | Cotton Reel Clothing Company<br>PO Box 2601<br>Champlain, NY 12919 | Eton Systems<br>4000 McGinnis Ferry Rd<br>Alpharetta, GA 30005 |
| BB&T<br>Attn: Managing Agent<br>PO Box 819<br>Wilson, NC 27894 | Credit Insurance<br>Euler Hermus Aci<br>800 Redbrook Blvd<br>Owings Mills, MD 21117 | Ferragamo USA, Inc.<br>PO Box 842416<br>Dallas, TX 75284 |
| Calzificio M. Bresciani<br>c/o Palma Settimi, Inc.<br>301 Fields Lane<br>Brewster, NY 10509 | CSS, Inc.<br>Attn: Managing Agent<br>20849 Corte Solomaon<br>Murrieta, CA 92562 | First Bank<br>PO Box 926<br>Troy, NC 27371-0926 |
| Canali S.P.A.<br>DB Lockbox Processing<br>PO Box 13266<br>Newark, NJ 07101 | Daniel Heald<br>Hemar Rousso & Heald<br>15910 Ventura Blvd, 12th Fl<br>Encino, CA 91436 | Fritz Hitl<br>Lock Box account #200 00 157555<br>PO Box 863377<br>Orlando, FL 32808 |
| Cantoni ITC USA, Inc.<br>Attn: Managing Agent<br>30 West 57th Street, 5th Fl.<br>New York, NY 10018 | Debra S. Harpe<br>Harry Pavilack & Associates, PA<br>PO Box 2212<br>Wilmington, NC 28402 | Gerald Groon<br>Smith Debnam<br>PO Box 26268<br>Raleigh, NC 27611 |
| Capital One Bank<br>PO Box 70884<br>Charlotte, NC 28272 | DESRG, Inc.<br>5011 South Convent Lane<br>Philadelphia, PA 19114 | Gimos Italiana SPA<br>Cia Monte Bianco 1<br>35018 S. Martino<br>DI Lupari, Italy |
| Cole Haan<br>c/o Capital Business Credit LLC<br>PO Box 100895<br>Atlanta, GA 30384 | Devanlay US, Inc./ Lacoste<br>Genergal Post Office Box 27237<br>New York, NY 10087 | Ginger Zuravel<br>211 Woodrow St<br>Fayetteville, NC 28303 |
| Concept Blu<br>Attn: Managing Agent<br>PO box 960189<br>El Paso, TX 79936 | Dolcepunta SRL<br>Luciano Moresco & Co, Ltd.<br>739 Ladd Road<br>Riverdale, NY 10471 | Gitman Brothers<br>c/o IAG Financial, Inc<br>PO Box 1409<br>Brentwood, TN 37024 |

Greg Wohletz
678 Mankato Ave, STE 200
Winona, MN 55987

Marbas USA
162 Kerns Ave, Ste B
Greenville, SC 29609

Robert Talbott, Inc.
Talbott Studios
PO Box 996
Carmel Valley, CA 93924

Hart Schaffner Marx
3249 Paysphere circle
Chicago, IL 60674

Milberg Factors Inc
c/o Alan Kapson
PO box 1439
Melville, NY 11747

Schuyler 4 LTD
32 East 57th Street
New York, NY 10022

Ian Flaherty, LTD
Unit 22 Battersea Business Ctr 103
Lavender Hill, London SW11 5QL

N.C. Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Scott Barber
525 West 66th Street
Loveland, CO 80538

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Neal Matthews
110 Person St.
Fayetteville, NC 28301

T Lipson & Sons LTD
Coface Collections
PO Box 8471
Metairie, LA 70011

John Ouzts
Greenspan & Douglas Inc.
2921 E Fort Lowell Rd, STE 113
Tucson, AZ 85716

Paul Martin
Law Offices of Siegel & Siegel
6355 Topanga Canyon Blvd, STE 201
Woodland Hills, CA 91367

Thomas W Kerner
Kerner Law Firm PLLC
1213 Culbreth Drive
Wilmington, NC 28405

JZ Richards
1880 S Flatiron Court
Boulder, CO 80301

Proyectos, Diseno Y Moda
c/o J Fisher & Co, Inc.
280 Hamilton Rd
Chappaqua, NY 10514

Time Warner Cable Media Sales
PO Box 409983 Bank Lockbox
Atlanta, GA 30384

Knitcraft Corporation
4020 West Sixth Street
Winona, MN 55987

Remy Leather
CIT Group Commerical Services
PO Box 1036
Charlotte, NC 28201

Zanella
c/o Debra S. Harpe
PO Box 2212
Wilmington, NC 28402

Kolte Italy
2207 Dunwin Dr
Mississauga, Ontario L5L 1X1

Riviera
5555 Boul
Thimens, Montreal QC H4R2H4

M.M.M.M. LLC
205 East Arrowhead Dr
Clinton, NC 28328

Robert Graham Designs, LLC
c/o Capital Business Credit LLC
PO Box 100895
Atlanta, GA 30384